IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISHA YORK, a Washington resident,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUNNY MONY & RAJAN INC 1, a Washington corporation<br><br>　　　　　Defendant. | NO.  2:19-cv-02061<br><br>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A) WITH PREJUDIE |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Trisha York and her counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties.

Defendant has not served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

/
/
/
/
/
/
/
/

Notice of Dismissal

Page 1 of 2

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1 | DATED THIS 14th day of January, 2020

2 | By:

<u>s/ Michael Terasaki</u>
3 | Michael Terasaki
WSBA# 51923
4 | terasaki@wacda.com
(206) 971-1124

5 |

WASHINGTON CIVIL & DISABILITY ADVOCATE
6 | 4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105
*Attorney for Plaintiff Trisha York*

Notice of Dismissal

Page 2 of 2

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558